LAV/FVW/AXB EIG.21161

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>          Plaintiff,<br>v.<br><br>TOVAR SNOW PROFESSIONALS, INC. and ERIE INSURANCE,<br><br>          Defendants. | Court No. 1:23-cv-112 |

## MOTION TO SET SETTLEMENT CONFERENCE

NOW COME Defendants, TOVAR SNOW PROFESSIONALS, INC. and ERIE INSURANCE, by their attorneys, Fritz V. Wilson and Alexis M. Bargione of BEST, VANDERLAAN & HARRINGTON, and for their Motion to Set Settlement Conference, state as follows:

1. The parties to this matter have been engaging in settlement negotiations.

2. Given the parties' desire to attempt settlement, Defendants, TOVAR SNOW PROFESSIONALS, INC. and ERIE INSURANCE, respectfully move this Honorable Court to schedule this matter for a settlement conference on a date and at a time that is convenient for the Court and the parties, with any claims representatives to be available by phone or by remote means, to see if the Court can facilitate resolution of this matter.

3. In the event the Court is amenable to setting this matter for a pre-trial settlement conference Defendants / Movants request that time be allowed so the parties may coordinate with their respective insurance representatives concerning availability for the settlement conference.

WHEREFORE, Defendants, TOVAR SNOW PROFESSIONALS, INC. and ERIE INSURANCE, pray that this Honorable Court grant this Motion and schedule this matter for a

settlement conference on a date and at a time that is convenient for the Court and the parties, with the respective claims representatives to be available by phone or by remote means, along with any other relief in their favor this Court deems just and necessary.

**TOVAR SNOW PROFESSIONALS, INC. and ERIE INSURANCE**

By: *Alexis M. Bargione*
One of their attorneys

Fritz V. Wilson #6284269
Alexis M. Bargione #6323605
**Best, Vanderlaan & Harrington**
25 E. Washington St., Suite 800
Chicago, IL 60602
(312) 819-1100
(312) 819-8062 (Fax)
Per Supreme Court Rule 11, E-Service is accepted only at: **eservice@bestfirm.com**

### CERTIFICATE OF SERVICE

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **Email** to the attorney(s) of record at the address(es) and/or facsimile number(s) of record from 25 E. Washington St., Suite 800, Chicago, IL prior to 5:00 p.m. on November 28, 2023.

*Alexis M. Bargione*

Re: Owners Insurance Company v. Tovar Snow Professionals, Inc., et al.
    Court No.: 1:23-cv-112
    BVH File: EIG.21161

## ATTORNEY SERVICE LIST

Krysta K. Gumbiner
Daniel L. Moeller
Dinsmore & Shohl LLP
Krysta.Gumbiner@Dinsmore.com
Daniel.moeller@dinsmore.com
222 W. Adams Street, Suite 3400
Chicago, IL 60606
(312) 372-6060/(312) 372-6085 (F)
Attorney for Plaintiff
Owners Insurance Company