# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-112 |
| TOVAR SNOW PROFESSIONALS, INC., et al. | Judge Rebecca R. Pallmeyer |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: March 15, 2024

*/s/*     Daniel L. Moeller
Krysta K. Gumbiner
Daniel L. Moeller
DINSMORE & SHOHL LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 775-1743
(312) 837-4356
Krysta.gumbiner@dinsmore.com
Daniel.moeller@dinsmore.com
***Attorneys for Owners Insurance Co.***

*/s/*     Fritz Wilson
Fritz Wilson
Alexis M. Bargione
BEST, VANDERLAAN & HARRINGTON
25 E. Washington St. Suite 800
Chicago, IL 60602
(312) 819-1100
(312) 819-8062 (Fax)
***Attorneys for Tovar Snow Professionals and Erie Insurance***

## **CERTIFICATE OF SERVICE**

      The undersigned certifies subject to the penalties of perjury, this true and correct copy of **Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)** was served by electronic mail to the parties to whom it is directed on or before the hour of 5:00 p.m. on March 15, 2024 at their email addresses stated herein, the same date as electronically filing through the CM/ECF System with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

Fritz V. Wilson
Alexis M. Bargione
Best, Vanderlaan & Harrington
25 E. Washington St., Suite 800
Chicago, IL 60602
fwilson@bestfirm.com
abargione@bestfirm.com
eservice@bestfirm.com

                                                /s/ Daniel L. Moeller