# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Owners Insurance Company

                                      Plaintiff,

v.                                                    Case No.: 1:23−cv−00112
                                                            Honorable Rebecca R. Pallmeyer

Tovar Snow Professionals, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2024:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the Stipulation of Voluntary Dismissal [31] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.